Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALU BANARJI**, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>**ONEMAIN FINANCIAL, INC.,**<br><br>Defendant. | Case No. 3:15-cv-01270-WQH-DHB<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.  A proposed order has been concurrently submitted to this Court.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this putative class action because this action has not been certified as a class.[1]

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.

The Parties agree that this Court can proceed to dismiss this Action entirely with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class alleged in the complaint.

Respectfully submitted this 16th day of November, 2015

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

By: s/ Marcos D. Sasso, Esq.
MARCOS D. SASSO
Attorney for Defendants

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Marcos D. Sasso, counsel for Defendant, and that I have obtained Mr. Sasso's authorization to affix his electronic signature to this document.

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

Filed electronically on this 16th day of November, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable William Q. Hayes
United States District Court
Central District of California

Marcos D. Sasso
Stroock & Stroock & Lavan, LLP

This 16th day of November, 2015

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN