# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALU BANARJI**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**ONEMAIN FINANCIAL, INC.**,<br><br>Defendant. | Case No. 3:15-cv-01270-WQH-DHB<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Joint Motion of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and attorney fees.

Dated:  November 18, 2015

Hon. William Q. Hayes
United States District Judge